**Christine LUKUS, Respondent**

v.

**Gerald S. LEPRE Jr., Petitioner**

**No. 559 MAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.